# United States Court of Appeals for the Fifth Circuit

---

No. 22-40372
Summary Calendar

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JORGE VILLARREAL-GONZALEZ,

*Defendant—Appellant*.

United States Court of Appeals
Fifth Circuit

**FILED**

December 28, 2022

Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:21-CR-2289-1

---

Before SMITH, DENNIS, and SOUTHWICK, *Circuit Judges.*

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jorge Villarreal-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villarreal-Gonzalez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-40372

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.